No. 544. FOTI *v.* IMMIGRATION AND NATURALIZATION SERVICE. The petition for writ of certiorari to the United States Court of Appeals for the Second Circuit granted limited to Question 1 presented by the petition which reads as follows:

"(1) Whether or not the Circuit Court of Appeals has jurisdiction to review the final orders of the Special Inquiry Officer authorized by the Attorney-General to be made during the course of deportation proceedings?"

*James J. Cally* for petitioner. *Solicitor General Cox* for respondent.

No. 323. SMITH *v.* FLORIDA. Supreme Court of Florida. Certiorari denied. *Herbert S. Thatcher* and *Edward D. Cowart* for petitioner. *Richard W. Ervin,* Attorney General of Florida, and *George R. Georgieff,* Assistant Attorney General, for respondent.

No. 451. LAUDENSLAGER ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 3d Cir. Certiorari denied. *Morris J. Oppenheim* for petitioners. *Solicitor General Cox, Assistant Attorney General Oberdorfer* and *Joseph Kovner* for respondent.

No. 499. BALDWIN *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *Harry C. Kinne* for petitioner. *Solicitor General Cox, Assistant Attorney General Oberdorfer, Meyer Rothwacks* and *John M. Brant* for the United States.